UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
INTELLIGENT DIGITAL SYSTEMS, LLC, RUSS & :  No. CV-12-1209
RUSS PC DEFINED BENEFIT PENSION PLAN, and : (ADS)
JAY EDMOND RUSS, all individually and as :
assignees of Jack Jacobs, Robert Moe, Michael Ryan, : ~~[PROPOSED]~~
Martin McFeely, and Jason Gonzalez, : **FINAL JUDGMENT**
: **IN A CIVIL ACTION**
Plaintiffs, :
: F I L E D
: IN CLERK'S OFFICE
-against- : U.S. DISTRICT COURT E.D.N.Y.
:
: ★ OCT 05 2016 ★
BEAZLEY INSURANCE COMPANY, INC., :
: LONG ISLAND OFFICE
:
Defendant. :
------------------------------------------------x

WHEREAS, this case came before the Court on September 12, 2016, for a trial by jury presided over by The Honorable Arthur D. Spatt;

WHEREAS, the issues have been tried and the jury rendered its verdict on September 21, 2016, in favor of Defendant Beazley Insurance Company, Inc. ("Beazley"). *See* ECF No. 153.

WHEREAS, on September 21, 2016, Beazley, by its counsel, moved the Court to dismiss the Plaintiffs' two causes of action for declaratory judgment, or to otherwise enter judgment in favor of Beazley. The Court granted Beazley's motion on the record. *See* Trial Tr. 885:2-7.

IT IS ORDERED AND ADJUDGED THAT:

1. Judgment is entered in favor of Defendant Beazley on all causes of action; and

2. Plaintiffs Intelligent Digital Systems, LLC, Russ & Russ PC Defined Benefit Pension Plan, and Jay Edmond Russ, recover nothing; and

3. The Amended Complaint (ECF No. 37) is dismissed with prejudice; and

4. Pursuant to Fed. R. Civ. P. 54 and Local Civil Rule 54.1, Defendant Beazley may move for leave to recover costs.

DATED: Oct 5, September 28, 2016
Central Islip, New York

~~DOUGLAS C. PALMER~~
~~CLERK OF THE COURT~~

s/ Arthur D. Spatt

USDJ

By: Arthur D. Spatt, USDJ