UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
INTELLIGENT DIGITAL, et al.

    -against-

BEAZLEY INSURANCE, et al.,
-------------------------------------------------x

**ORDER OF SUSTENANCE**
**LODGING & TRANSPORTATION**

Docket # 12-CV-1209 (ADS)

**IT IS ORDERED that proper :**

    ( ) LODGING

    (X) SUSTENANCE

    ( ) TRANSPORTATION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 24 2016 ★
LONG ISLAND OFFICE

    be provided to the (10) jurors empaneled in the above entitled case
    and to the ( ) U.S. Marshal or ( ) Deputy Clerk in attendance.

( ) QUESTIONAIRES
( ) DURING TRIAL
(X) DELIBERATING
( ) SEQUESTERED
( ) BREAKFAST
(X) LUNCH
( ) DINNER
( ) OTHER

                                  s/ Arthur D. Spatt
                              _____
                                United States District Judge

Date: October 24, 2016
      Central Islip, NY